IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON D. BETZ, | ) |
|       Plaintiff, | ) Civil Action No. 05 - 1439 |
| v. | ) Judge Thomas M. Hardiman / |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| WARDEN CAROL WILSON, | ) |
|       Defendant. | ) |

## ORDER

AND NOW, this 11th day of October, 2006;

The Defendant in this case filed a Motion to Dismiss (Doc. No. 10) along with a Brief (Doc. No. 11) in support on June 12, 2006. There has been no response filed by the Plaintiff nor has an extension of time been requested. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff shall file a response and brief in opposition to defendant's motion to dismiss no later than November 1, 2006;

**IT IS FURTHER ORDERED** that Defendants are allowed until November 15, 2006, to file a reply brief;

**IT IS FURTHER ORDERED** that failure to comply with this order will result in a recommendation to the District Judge that this case be dismissed for failure to prosecute.

**IT IS FURTHER ORDERED** that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1.3, the parties are allowed ten (10) days from the date of service

to file an appeal from this order to the District Court.  Failure to timely file an appeal may constitute a waiver of any appellate rights.

s/Lisa Pupo Lenihan<br>
LISA PUPO LENIHAN<br>
U.S. Magistrate Judge

cc:  Brian J. Barr
     Indiana County Jail
     55 North Ninth Street
     Indiana, PA  15701

   Marie Milie Jones
   Michael Lettrich
   Meyer Darraugh Buckler Bebenek & Eck
   600 Grant Street
   USX Tower
   Suite 4850
   Pittsburgh, PA  15219